APARTMENT MOVERS OF AMERICA, INC., The Apartment Movers, Inc., The Original Apartment Movers, Inc., Optimarket Incorporated, Rodger A. Johnson, Plaintiffs–Counter Defendants–Appellants

v.

ONE BEACON LLOYDS OF TEXAS, Formerly known as C U Lloyd's of Texas, Defendant–Counter Claimant–Appellee.

No. 05–10354.

United States Court of Appeals,
Fifth Circuit.

Decided March 16, 2006.

Anthony Alan Petrocchi, Weil & Petrocchi, Dallas, TX, for Plaintiffs–Counter Defendants–Appellants.

Eggleston & Chambers, Dallas, TX, for Defendant–Counter Claimant–Appellee.

Before HIGGINBOTHAM, DAVIS, and STEWART, Circuit Judges.

PER CURIAM: *

We agree with the district court that the slow down in business experienced by the insured, Apartment Movers of America, was not a "necessary suspension of your operations" so as to trigger coverage for loss of business income under defendant's policy. See *Quality Oilfield Products, Inc. v. Michigan Mutual Insurance Company*, 971 S.W.2d 635 (Tex.App.Houston, 1998).

We, therefore, affirm the judgment of the district court.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.